# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CORDALE STACY**                                                                **PETITIONER**
**ADC #156228**

**V.**                   **No. 4:25-cv-00298-BRW-ERE**

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**                                      **RESPONDENT**

## ORDER

On April 23, 2025, Respondent filed a response to Petitioner Cordale Stacy's petition for habeas relief under 28 U.S.C. § 2254.

Petitioner has up to and including Friday, May 9, 2025, to file a reply addressing the arguments in Respondent's response.

So Ordered 25 April 2025.

_____
UNITED STATES MAGISTRATE JUDGE