IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CORDALE STACY**  **PETITIONER**
**ADC #156228**

V.          NO. 4:25-cv-00298-JM-ERE

**DEXTER PAYNE Director,**
**Arkansas Division of Correction**          **RESPONDENT**

## ORDER

The Court has received the Recommended Disposition ("RD") submitted by United States Magistrate Judge Edie R, Ervin and Petitioner's objections. After conducting a *de novo* review of the record, the Court adopts the RD in all respects. The petition is DISMISSED with prejudice and a certificate of appealability will not issue. Judgment will be entered accordingly.

IT IS SO ORDERED this 14th day of October, 2025.

_____
UNITED STATES DISTRICT JUDGE