**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**CORDALE STACY**                                                                    **PETITIONER**
**ADC #156228**

**V.**                                    **NO. 4:25-cv-00298-JM-ERE**

**DEXTER PAYNE Director,**
**Arkansas Division of Correction**                                   **RESPONDENT**

### JUDGMENT

Consistent with today's Order, Petitioner's § 2254 petition is dismissed with prejudice, all habeas relief is denied, and this case is closed.

IT IS SO ORDERED this 14th day of October, 2025.

_____
UNITED STATES DISTRICT JUDGE